IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TELECOMMUNICATIONS LAW PROFESSIONALS, PLLC,<br><br>Plaintiff<br><br>—v—<br><br>T-MOBILE US, Inc.,<br><br>Defendant. | Case No. 1:13–cv–01178–GK |

## DEFENDANT'S MOTION TO DISMISS
### Hearing Requested

In accordance with Federal Rule of Civil Procedure 12(b)(6), Defendant T–Mobile US, Inc., by and through its undersigned counsel, hereby moves to dismiss the Complaint filed by Plaintiff Telecommunications Law Professionals, PLLC on grounds that it fails to state any claims upon which relief can be granted against this Defendant. The grounds in support of this Motion are set forth in the accompanying Memorandum, which is incorporated by referenced herein. A proposed order is attached.

Dated: October 4, 2013       Respectfully submitted,


       /s/ Thomas B. Mason
       Thomas B. Mason
       (D.C. Bar No. 413345)
       Zuckerman Spaeder LLP
       1800 M Street, NW, Suite 1000
       Washington, D.C. 20036-5802
       (202) 778-1800
       (202) 822-8106 fax
       tmason@zuckerman.com

4211988.1

>*/s/ Robert T. Shaffer, III*
>Robert T. Shaffer, III
>(D.C. Bar No. 007136)
>Zuckerman Spaeder LLP
>100 East Pratt Street, Suite 2440
>Baltimore, Maryland 21202-1031
>(410) 332-0444
>(410) 659-0436 fax
>rshaffer@zuckerman.com
>
>*Attorneys for T-Mobile US, Inc.*

## REQUEST FOR HEARING

Defendant T–Mobile US, Inc. respectfully requests a hearing on the foregoing Motion to Dismiss.

Dated: October 4, 2013               Respectfully submitted,


>*/s/ Thomas B. Mason*
>Thomas B. Mason
>(D.C. Bar No. 413345)
>Zuckerman Spaeder LLP
>1800 M Street, NW, Suite 1000
>Washington, D.C. 20036-5802
>(202) 778-1800
>(202) 822-8106 fax
>tmason@zuckerman.com
>
>*/s/ Robert T. Shaffer, III*
>Robert T. Shaffer, III
>(D.C. Bar No. 007136)
>Zuckerman Spaeder LLP
>100 East Pratt Street, Suite 2440
>Baltimore, Maryland 21202-1031
>(410) 332-0444
>(410) 659-0436 fax
>rshaffer@zuckerman.com
>
>*Attorneys for T-Mobile US, Inc.*

2

4211988.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2013, I caused copies of the foregoing Defendant's Motion to Dismiss and supporting memorandum to be served via CM/ECF on all counsel of record.

*/s/ Robert T. Shaffer, III*
Robert T. Shaffer, III
