UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TELECOMMUNICATIONS LAW PROFESSIONALS PLLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> T-MOBILE US, INC., : <br> : <br> Defendant. : <br> : | Civil Action No. 13-1178 (GK) |

### ORDER

Telecommunications Law Professionals PLLC ("Plaintiff" or "TLP") brings this case against its former client, T-Mobile US, Inc. ("Defendant" or "T-Mobile") for breach of contract or, in the alternative, unjust enrichment.

This matter is before the Court on Defendant's Motion to Dismiss [Dkt. No. 4]. Upon consideration of the Motion, Opposition [Dkt. No. 10], Reply [Dkt. No. 14], and Surreply [Dkt. No. 16], and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's Motion to Dismiss [Dkt. No. 4] shall be **granted in part** and **denied in part**; Defendant shall answer the Complaint within 30 days of this ruling as specified in the Court's Scheduling Order [Dkt. No. 13]; the Parties shall

then submit a proposed schedule for the conduct and completion of discovery.

January 12, 2015                         /s/ Gladys Kessler
                                         Gladys Kessler
                                         United States District Judge

**Copies to:** attorneys on record via ECF