**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TELECOMMUNICATIONS LAW PROFESSIONALS, PLLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **T-MOBILE US, INC,** <br><br> *Defendant*. | Case No. 1:13-cv-001178-GK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties to this action hereby stipulate that this case be dismissed with prejudice. Each party will bear its own costs.

                    Respectfully submitted,

                    _/s/ R. Scott Caulkins_____
                    R. Scott Caulkins
                    (D.C. Bar No. 369068)
                    Caulkins & Bruce, PC
                    2300 Wilson Blvd., Suite 240
                    Fairfax, Virginia 22030
                    Ph. (703) 558-3670
                    Fax (703) 525-1331
                    scaulkins@caulkinsbruce.com

    /s/ Joel L. Dahnke_____
Joel L. Dahnke
(D.C. Bar No. 396261)
Caulkins & Bruce, PC
11350 Random Hills Road, Suite 700
Ph. (703) 273-1009
Fax (703) 997-5908
jdahnke@caulkinsbruce.com

*Counsel for Plaintiff Telecommunications Law Professionals, PLLC*

/s/ *Thomas B. Mason*
Thomas B. Mason
(D.C. Bar No. 413345)
Thomas G. Connolly
(D.C. Bar No. 420416)
Harris, Wiltshire & Grannis LLP
1919 M St. NW, Eighth Floor
Washington, DC 20036
Ph. (202) 730-1300
Fax (202) 730-1301
tmason@hwglaw.com
tconnolly@hwglaw.com

*Counsel for Defendant T-Mobile US, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2015, I caused copies of the foregoing Stipulation of Dismissal with Prejudice to be served via CM/ECF on all counsel of record.

/s/ *Thomas B. Mason*
Thomas B. Mason
